IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR443 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KEVIN WARNER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's motion to continue sentencing (filing 53) is granted;

(2) Defendant Warner's sentencing is continued to Friday, August 5, 2005, at 3:30 p.m., before the undersigned United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, Omaha, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

DATED this 20th day of June, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge